PRESCOTT LEGAL DEPARTMENT
Post Office Box 2059
Prescott, Arizona 86302-2059
(928) 777-1288

By: THOMAS A. LLOYD
Az. State Bar No.: 019524
E-Mail: thomas.lloyd@prescott-az.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER MICHAEL PALMER, an individual,<br><br>        Plaintiff,<br><br>    -vs-<br><br>CITY OF PRESCOTT, a political subdivision of the State of Arizona; RANDY L. OAKS and JANE DOE OAKS, husband and wife; RICHARD GILL and JANE DOE GILL, husband and wife; KEN MORELY and JANE DOE MORELY, husband and wife; CHAD SLOCUM and JANE DOE SLOCUM, husband and wife; CASEY COOK and JANE DOE COOK, husband and wife; DAN MURRAY and JANE DOE MURRAY, husband and wife; GARY KIDD and JANE DOE KIDD, husband and wife; MATTHEW P. PODRACKY and JANE DOE PODRACKY, husband and wife; JOHN and JANE DOES I – X,<br><br>        Defendants. | No. CV 10-8013-PCT-DGC<br><br>**DEFENDANTS' RESPONSE TO MOTION FOR RECONSIDERATION OF REFUSAL TO RECUSE** |

The above Defendants who have been properly served, by and through undersigned counsel, wish to point out one correction to the Plaintiff's September 24, 2010, Motion for Reconsideration of Judge Campbell's Refusal to Recuse, etc. Plaintiff's motion, p. 11, lines 11-12, incorrectly states that the "Plaintiff has filed an amended compliant which was answered by the Defendants." In fact, the Plaintiff has filed a Second Amended Complaint (Doc. 30), to which the

1 Defendants filed a <u>Motion to Dismiss</u> (Doc. 33); the Defendants have not filed an Answer to such
2 Second Amended Complaint. Other than this correction, these Defendants have no other response
3 to the Plaintiff's most recent motion for reconsideration.
4     RESPECTFULLY SUBMITTED this 5th day of October, 2010.

CITY OF PRESCOTT LEGAL DEPARTMENT

*/s/ Thomas A. Lloyd*
THOMAS A. LLOYD
Chief Assistant City Attorney

Copy of the foregoing mailed this
5th day of October, 2010, to:

P. Mike Palmer
Post Office Box 5564
Glendale, AZ 85312
Plaintiff

*/s/ D. Ashuston*