IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER MICHAEL PALMER, an individual, | ) No. CV 10-8013-PCT-DGC |
| Plaintiff, | ) |
| -vs- | ) **ORDER** |
| CITY OF PRESCOTT, et al | ) |
| Defendants. | ) |

Defendants having filed a Motion for Extension of Time to File Response to Plaintiff's Motion for Leave to File Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED granting Defendants a 14 day extension of time to respond to Plaintiff's Motion for Leave to File Amended Complaint until after the date that the Court rules on the Defendants' pending Motion to Dismiss Second Amended Complaint.

Dated this 10th day of November, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge